IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DIANA MOSES,

        Plaintiff,                                3:10-cv-00577-HDM-VPC

    vs.                                         ORDER

SILVER OAK DEVELOPMENT COMPANY
LIMITED PARTNERSHIP, a
domestic limited partnership,

        Defendant.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 20th day of September, 2010.

                                             _____
                                           UNITED STATES DISTRICT JUDGE