Rebecca Bruch, Esq.
Nevada Bar No. 7289
ERICKSON THORPE & SWAINSTON
99 West Arroyo Street
Reno, Nevada 89509
(775)786-3930
(775)786-4160
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DIANA MOSES, an individual,
JANICE TODD, an individual,

Plaintiffs,

vs.

SILVER OAK DEVELOPMENT
COMPANY LIMITED PARTNERSHIP
a domestic limited partnership,

Defendants.

Case No. 3:10-cv-00577-HDM-VPC

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the above-entitled action may be dismissed with prejudice, with each party to bear their own court costs and attorneys' fees.

Dated this 14 day of April, 2011.

BY: _____
JEFFERY A. DICKERSON, ESQ.
9585 Prototype Court
Reno, NV 89521

DATED this 20th day of April, 2011.

BY: /s/ Rebecca Bruch
REBECCA BRUCH, ESQ.
ERICKSON, THORPE & SWAINSTON
P.O. Box 3559
Reno, Nevada 89505
Attorneys for Defendants

## ORDER

Pursuant to the Stipulation of the parties herein,

IT IS HEREBY ORDERED that the above-entitled action may be dismissed with prejudice, with each party to bear their own court costs and attorneys' fees.

DATED this 25th day of April, 2011.

_____
U.S. DISTRICT COURT JUDGE

r